No. 09–10246. GOINS *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. The Court reversed the judgment below in *Freeman* v. *United States, ante,* p. 522. Therefore, certiorari granted, and case re-

manded for further proceedings.